1905.) In the matter of Patrick Pender. E. J. Heilner, for appellant. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE v. FEDERAL BANK OF NEW YORK et al. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Proceeding by the people of the state of New York against the Federal Bank of New York and others. S. F. Kneeland, for appellants. S. Lewis, Jr., for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE, Respondent, v. GAFFEY, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 4, 1905.) Proceeding by the people of the state of New York against Charles H. Gaffey. No opinion. Order affirmed. See 90 N. Y. Supp. 706.

PEOPLE, Respondent, v. GAINEY, Appellant. (Supreme Court, Appellate Division, Third Department. September 26, 1905.) Proceeding by the people of the state of New York against John J. Gainey No opinion. Judgment of conviction affirmed.

PEOPLE, Respondent, v. HAAS, Appellant, (Supreme Court, Appellate Division, Second Department. June 23, 1905.) Proceeding by the people of the state of New York against Joseph A. Haas, indicted under the name of Joseph A. Hayes, alias Harry J. Clare. No opinion. Motion denied.

PEOPLE, Respondent, v. HARPER, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 20, 1905.) Proceeding by the people of the state of New York against Rozell Harper. No opinion. Motion for leave to appeal to the Court of Appeals granted; this court certifying that a question of law is involved herein which ought to be reviewed by the Court of Appeals.

PEOPLE, Appellant, v. HASBROUCK, Respondent. (Supreme Court, Appellate Division, Third Department. September 26, 1905.) Proceeding by the people of the state of New York against Frederick Hasbrouck. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE, Respondent, v. HOTCHKISS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 6, 1905.) Proceeding by the people of the state of New York against Charles Hotchkiss and Charles W. Hotchkiss. No opinion. Judgment affirmed.

PEOPLE, Respondent, v. KEENAN, Appellant. (Supreme Court, Appellate Division, First Department. September 29, 1905.) Proceeding by the people of the state of New York against Patrick Keenan, as chamberlain, etc. J. F. O'Brien, for appellant. J. M. Mayer, for respondent. No opinion. Reargument ordered.

PEOPLE, Respondent, v. LADEW, Appellant. (Supreme Court, Appellate Division, Third Department. October 24, 1905.) Proceeding by the people of the state of New York against Joseph H. Ladew.

PER CURIAM. Judgment affirmed, with costs.

PARKER, P. J., not voting.

PEOPLE v. LAMSON. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Proceeding by the people of the state of New York against Harrison G. Lamson. No opinion. Motion denied. See memorandum.

PEOPLE, Respondent, v. MARTIN et al., Appellants. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Proceeding by the people of the state of New York against Robert L. Martin and Harry Velthusen. F. Bien, for appellants. R. S. Johnstone, for respondent. No opinion. Order affirmed.

PEOPLE v. MOYA et al. SAME v. ANGELO. SAME v. SILK (two cases). SAME v. HOLES. SAME v. PETRELLO. SAME v. RIZZO. SAME v. TRELAWNEY. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Separate proceedings by the people of the state of New York against Madeline Moya and others. No opinion. Motions to dismiss granted.

PEOPLE, Respondent, v. MOYNEHAN et al., Appellants. (Supreme Court, Appellate Division, Third Department. September 26, 1905.) Proceeding by the people of the state of New York against Patrick Moynehan and Daniel Foley. No opinion. Motion denied.

PEOPLE, Respondent, v. MURPHY, Appellant. (Supreme Court, Appellate Division, Third Department. September 26, 1905.) Proceeding by the people of the state of New York against Michael J. Murphy. No opinion. Motion denied.

PEOPLE, Respondent, v. RESTAINO, Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1905.) Proceeding by the people of the state of New York against Vincenzo Restaino. F. M. Werner, for appellant. H. G. Gray, for respondent. No opinion. Judgment affirmed.

PEOPLE, Respondent, v. SANDFORD, Appellant. (Supreme Court, Appellate Division, Second Department. November 24, 1905.) Proceeding by the people of the state of New York against William Sandford. No opinion. Judgment of conviction and orders affirmed.

PEOPLE, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 22, 1905.) Proceeding by the people of the state of New York against John Smith. No opinion. Judgment reversed, and new trial ordered, with costs to the appellant to abide event. Held, that the evidence presented questions of fact as to the ownership and sale of the milk by the defend-